UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES ROBERT CUPPLES,

    Defendant.
_____/

Case No. 1:21-MJ-629

Hon. Sally J. Berens

**ORDER OF DETENTION**

    Defendant appeared this date for a bond hearing. For the reasons stated on the record, the Court finds that the Defendant has not rebutted the presumption of detention that applies in his case. The Court further finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community and by a preponderance of the evidence that no condition or combination of conditions will assure Defendant's appearance at trial.

    Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

    DONE AND ORDERED on December 17, 2021.

    /s/ Sally J. Berens
    SALLY J. BERENS
    United States Magistrate Judge